July 3, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

NASIR W. QUIRESHI D/B/A/ Q LEGAL SOLUTIONS, Appellant

NO. 14-12-00302-CV                    V.

THE UNAUTHORIZED PRACTICE OF LAW COMMITTEE, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 29, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by NASIR W. QUIRESHI D/B/A/ Q LEGAL SOLUTIONS.

We further order this decision certified below for observance.